PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  nancy.goldenberg@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| HERO NUTRITIONALS,<br><br>　　　　　　　　　Debtor. | Case No. 8:22-bk-11383-SC<br><br>Chapter 11<br><br>**RESPONSE OF UNITED STATES TRUSTEE TO THE COURT'S ORDER DIRECTING DEBTOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE CONVERTED TO ONE UNDER CHAPTER 7 OR WHY A CHAPTER 11 TRUSTEE SHOULD NOT BE APPOINTED**<br><br>　Date:　March 1, 2023<br>　Time:　1:30 pm<br>　Ctrm:　5C - Virtual |

**TO THE HONORABLE SCOTT CLARKSON, DEBTOR, DEBTOR'S COUNSEL, ALL CREDITORS AND PARTIES-IN-INTEREST:**

　　　For the reasons set forth below, the United States Trustee for Region 16 ("U.S. Trustee") submits that under the circumstances of this case, appointment of a Chapter 11 trustee is not appropriate or cost effective.  Accordingly, it is respectfully submitted that the Court should convert this case to one under Chapter 7.

　　　Debtor filed a prior Chapter 11 on July 29, 2022 (8:22-bk-11119-SC) which was dismissed for failure to file schedules.  This case was filed on August 17, 2022.  As indicated in Debtor's

1

disclosure statement filed on December 15, 2022, and amended on December 30, 2022, ("Disclosure Statement"), this case is in a liquidation mode. The Disclosure Statement indicates that Debtor intends to pay creditors through the distribution of proceeds realized from the sale of hard assets, as well as the sale of inventory and IP assets - although its description of the inventory and IP and methods for sale of these assets is wholly inadequate. Despite the fact that this case has been in a liquidation mode for more than 6 months, little progress is shown. In its latest Status Report filed on January 26, 2023, the Debtor indicates it intends to again amend its Disclosure Statement and has not yet concluded litigation regarding the claims of its largest creditors.

      Based on the foregoing, the U.S. Trustee respectfully submits that the Debtor has not carried out its fiduciary duty to move forward with a reorganization in an expeditious manner; a Chapter 7 trustee can more expediently and cost-effectively liquidate assets at this point.  For these reasons, the United States Trustee requests that this case be converted to one under Chapter 7.

Dated:  February 21, 2023         UNITED STATES TRUSTEE FOR REGION 16

                                    By:  s/ Nancy S. Goldenberg

                                      NANCY S. GOLDENBERG, ESQ.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160, SANTA ANA, CA  92701

A true and correct copy of the foregoing

**RESPONSE OF UNITED STATES TRUSTEE TO THE COURT'S ORDER DIRECTING DEBTOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE CONVERTED TO ONE UNDER CHAPTER 7 OR WHY A CHAPTER 11 TRUSTEE SHOULD NOT BE APPOINTED**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 21, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ron Bender    rb@lnbyg.com
- Michael W Brown    mbrown@hrhlaw.com
- Michael F Chekian    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Christopher D Crowell    ccrowell@hrhlaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- David M Goodrich    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
- Sonja Hourany    shourany@go2.law, kadele@wgllp.com;lbracken@wgllp.com;shourany@ecf.courtdrive.com
- Kevin Hutty    BKClaimConfirmation@ftb.ca.gov
- Paul M Kelley    pkelley@kelleysemmel.com
- Arvind Nath Rawal    arawal@aisinfo.com
- Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**  On **February 21, 2023,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE SUPPLEMENTAL PROOF OF SERVICE FILED HEREAFTER

//
//

1

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 21, 2023,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 21, 2023** | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Type Name* | *Signature* |